IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KRAMER CORPORATION OF GA, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:24-cv-00683-TRJ |

### ORDER

On November 4, 2025, the parties participated in a mediation with Magistrate Judge John H. Rains, IV and reached a settlement. (Doc. 80). Accordingly, the Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a stipulation of dismissal by **December 8, 2025**. Absent an extension or further order of the Court, if there is no request to reopen this action by **December 8, 2025**, the Court may dismiss this action with prejudice. Administrative closure will not prejudice the rights of the parties in any manner. If finalization of the settlement fails, the parties may file a motion to reopen this action, request enforcement of the settlement, or vacate this order of dismissal. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **December 9, 2025**, if the parties have not filed a stipulation of dismissal.

SO ORDERED, this 7th day of November, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge